# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      CASE NO. 5:08-cr-32-RS

JOSHUA CHUNTAY BOOKER,

    Defendant.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 136) and Defendant's Response (Doc. 140) stating that he has no objections.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The Amended Motion to Vacate, Set Aside, or Correct Sentence (Doc. 121) is **DENIED**.

3. A certificate of appealability is **DENIED** because there has not been a substantial showing of the denial of a constitutional right.

**ORDERED** on May 6, 2013.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**